# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| FREDERICK TURNER, JR. | ) | |
| | ) | |
| v. | ) | No. 3:24-cv-00826 |
| | ) | Judge Aleta A. Trauger |
| UNITED STATES OF AMERICA | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

The United States of America respectfully requests that Assistant United States Attorney Rascoe Dean be substituted in the place of Assistant United States Attorney Ben Schrader as the attorney for the Government in this case.

                                                Respectfully submitted,

                                                HENRY C. LEVENTIS
                                                United States Attorney

By:     s/Rascoe Dean
         RASCOE DEAN
         Assistant U. S. Attorney
         719 Church Street, Suite 3300
         Nashville, Tennessee 37203
         Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, a true and exact copy of the foregoing document has been sent via mail to:

Frederick Turner
#25160-075
Federal Correctional Institution
P. O. Box 4000
Manchester, KY 40962

                                                s/ Rascoe Dean
                                                RASCOE DEAN
                                                  Assistant United States Attorney