IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREDERICK TURNER, JR. ) | |
| ) | No. 3:24-cv-00826 |
| v. ) | |
| ) | Judge Trauger |
| UNITED STATES OF AMERICA ) | |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

The United States of America hereby respectfully requests that Assistant United States Attorney Nicholas Goldin be substituted in place of former Assistant United States Attorney Rascoe S. Dean as the attorney of record for the Government in this case.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney for
the Middle District of Tennessee

/s/ Nicholas J. Goldin
NICHOLAS J. GOLDIN
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Tel. (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2025, a true and exact copy of the foregoing document was filed electronically with the Clerk of Court via CM/ECF, and that a copy was mailed to the petitioner at the following address:

**Frederick Turner, Jr.**
#25160-075
Federal Correctional Institution
P. O. Box 4000
Manchester, KY 40962

/s/ Nicholas J. Goldin
NICHOLAS J. GOLDIN
Assistant United States Attorney